# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alma Mancilla,<br><br>    Plaintiff,<br><br>v.<br><br>Debt Recovery Resources,<br><br>    Defendant. | No. CV-17-03395-PHX-GMS<br><br>**ORDER** |

Pursuant to the parties' Stipulation of Dismissal (Doc. 21) and good cause appearing,

**IT IS HEREBY ORDERED** that dismissing this case with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 4th day of April, 2018.

*/s/ G. Murray Snow*
Honorable G. Murray Snow
United States District Judge